UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OTONIEL VELASQUEZ-ORTIZ,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:17-cr-00224

## **ORDER**

Defendant appeared before me on November 14, 2017, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 14, 2017.

          /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge